### 9577.　STOREY v. THE STATE.

BROYLES, P. J. The evidence, while circumstantial, was sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt.
*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
DECIDED MAY 1, 1918.

Indictment for making intoxicating liquor; from Harris superior court—Judge Howard. February 2, 1918.

*A. L. Hardy, George C. Palmer,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.